ENDORSED ORDER

The Clerk of Court is respectfully directed to grant [6] and [8] and close the case.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANNA GILLIAM,
Plaintiff,

v.

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
Defendant.
-----------------------------------------------------X

Civil Action
1:25-cv-06044-RER

**STIPULATION AND ORDER FOR REMAND**

The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that on remand, the Commissioner will take further action to complete the administrative record and issue a new decision. The parties further agree that if the ALJ uses expert(s) to offer evidence, Plaintiff will have the opportunity to cross-examine the expert(s) pursuant to the instructions in the Program Operations Manual System (POMS).

The Clerk of Court is directed to enter final judgment on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

Date: August 28, 2026

*/s/*
HAROLD SKOVRONSKY, ESQ.
1810 Avenue N
Brooklyn, New York 11230
718-336-8886

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorney for Defendant*
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201
*/s/ Daniella M. Calenzo*
Daniella M. Calenzo
Special Assistant United States Attorney
(212) 264-2579
daniella.calenzo@ssa.gov

**SO ORDERED:**

/s/ Ramón E. Reyes, Jr.

**HONORABLE RAMÓN E. REYES, JR.**
**UNITED STATES DISTRICT JUDGE**

The Clerk of Court is respectfully directed to grant [6] and [8] and close the case.